UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER SANTAMARIA, | ) | Case No. CV 12-10478 JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J.N. KATAVICH, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 25, 2014

                                                        /s/
                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE

1